## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

APRILL BAUGHNS,

        Plaintiff,

v.                                   Case No:  6:22-cv-1521-WWB-LHP

UNITED HEALTHCARE SERVICES,
INC.,

        Defendant

_____

### ORDER

    This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEFENDANT'S DISCLOSURE OF EXPERT REPORTS AND INCORPORATED MEMORANDUM OF LAW (Doc. No. 16)** |
| **FILED:** | **September 20, 2023** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

    Given Plaintiff's lack of opposition, the deadline for Defendant to disclose its expert report(s) is extended up to and including **March 1, 2024**. No other deadlines—including in particular the May 3, 2024 discovery deadline—are

extended by this Order.   *See* Doc. No. 11.   The parties may not rely upon this Order to support a request for an extension of any other deadline in this case, including, in the event the case is not resolved via a settlement, a request to extend the discovery deadline to complete expert discovery.

  **DONE** and **ORDERED** in Orlando, Florida on September 21, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties